PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
for
### WESTERN DISTRICT OF TENNESSEE

FILED BY _ag_ D.C.
05 OCT 21 AM 9:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U. S. A. vs. KENNETH A. SHAW**   Docket No. 2:02CR20338-01

## Petition on Probation and Supervised Release

COMES NOW __Willie S. Williams, Jr.__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Kenneth A. Shaw, who was placed on supervision by the Honorable Samuel H. Mays, Jr. sitting in the Court at Memphis, TN, on the 9th day of January, 2003, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

2. The defendant shall provide the Probation Officer access to any requested financial information.

3. The defendant shall make restitution in the amount of $315,041.79.

\* **Effective date of Supervision: October 5, 2004.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

When originally sentenced, Mr. Shaw was ordered to pay restitution as directed by the Probation Office. An assessment of Mr. Shaw's financial condition was conducted, and it was determined that a payment plan requiring ten percent (10%) of his gross income would be appropriate.

**PRAYING THAT THE COURT WILL ORDER** that Kenneth A. Shaw's restitution payments be set at ten percent (10%) of his monthly gross income.

### ORDER OF COURT

Considered and ordered this 20th day of Oct, 2005, and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Samuel H. Mays, Jr.

Respectfully,

_Willie S. Williams_
Willie S. Williams, Jr.
Senior United States Probation Officer

Place: Memphis, Tennessee

Date: October 11, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-21-05

(24)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:02-CR-20338 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT